# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : No. 782
:
APPOINTMENT TO THE CONTINUING : SUPREME COURT RULES
LEGAL EDUCATION BOARD :

## ORDER

**PER CURIAM**

 **AND NOW**, this 14th day of November, 2018, Candice L. Komar, Esquire, Allegheny County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years, commencing January 1, 2019.